# TABLE OF EXHIBITS – PLAINTIFFS' MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION

| Exhibit Description | Memorandum Exhibit No. |
|---|---|
| 30(b)(6) Deposition of EQIS, by Scott Maris | |
|     Deposition Ex. 7 | 1 |
|     Deposition Ex. 10 | 2 |
| 30(b)(6) Deposition of EQIS, Vol. 1, p. 101, lines 4-11; p. 104, line 20 through p. 105, line 1; and p. 109, line 9 through p. 110, line 19 | 3 |
| Appendix B - EPA Hazardous Waste Codes | 4 |
| 15A N.C.A.C. 13A.0109 (1999), Standards For Owners And Operators Of Hazardous Waste Treatment, Storage, And Disposal Facilities [incorporating by reference CFR § 264.56 (Ex. 6) and § 264.73 (Ex. 7)]. | 5 |
| 40 C.F.R. 264.56 | 6 |
| 40 C.F.R. 264.73 | 7 |
| Fire Chief Haraway Deposition, | |
|     Vol. 1, p. 95, lines 8-11; p. 145, line 10 through p. 146, line 5 | 8 |
|     Vol. 1, p. 145, line 10 through p. 146, line 5 | 9 |
|     Vol. 1, p. 70, line 11 through p. 71, line 13 | 10 |
|     Vol. 1, p. 100, line 23 through p. 101, line 11. | 11 |
|     Vol. 1, p. 116, line 20 through p. 117, line 22 | 12 |
| Fire Chief Haraway Deposition Ex. 3 | 13 |
| Fire Chief Haraway Deposition, | |
|     Vol. 1, p. 101, line 17 through p. 102, line 10 | 14 |
|     Vol. 1, p. 152, line 16 through p. 153, line 24 | 15 |
|     Vol. 1, p. 96, line 8 through p. 97, line 21c | 16 |

Fire Chief Haraway Deposition,

    Vol. 1, p. 78, lines 7-12, p. 96, lines 16-18, p. 99, lines 10-17 ............................ 17

    Vol. 1, p. 99, line 18 through p. 100, line 5 .......................................................... 18

Affidavits of Proposed Class Representatives ............................................................. 19

Fire Chief Haraway Deposition, Vol. 1, p. 73, Depo. Ex. 3 ....................................... 20

Affidavit of Sharon Peterson, Wake County Planning Department .......................... 21

Affidavit of Lisa Sago, Wake County GIS Department ............................................ 22

Affidavit of William Zegel Ph.D., with attachments ................................................ 23

Affidavits of Proposed Class Counsel

    Robert Zaytoun, Plaintiffs' Liaison Counsel ........................................................ 24

    Henry Dart, Plaintiffs' Management Committee................................................... 25

    M. David Karnas, Plaintiffs' Management Committee ....................................... 26

    Roger Orlando, Plaintiffs' Management Committee ........................................... 27

    J. Michael Malone, Plaintiffs' Management Committee ..................................... 28

    Donald Dunn ......................................................................................................... 29

EQIS Answer to Plaintiffs' Interrogatory No. 23 ...................................................... 30

EQIS Supplemental Answer to Plaintiffs' Interrogatory No. 23 ............................... 31

30(b)(6) Deposition of EQIS, by Scott Maris, Vol. 2, p. 272, line 23 through

    p. 273, line 3......................................................................................................... 32

*Adams v. CSX Railroads*, 904 So.2d 12, (La. App. 4th Cir. 2004),

    *cert denied,* 922 So.2d 1171 (La. 2006)................................................................ 33

Management Committee's Submission of Sample Expert Nominee

    and Proposed Duties ............................................................................................. 34