UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:06-CV-00400-BR
ALL CASES

| | |
|---|---|
| SUELLEN A. BEAULIEU ) | |
| Plaintiff ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| EQ INDUSTRIAL SERVICES, INC. , et al., ) | |
| Defendants ) | |

A hearing was held before the Court on 14 July 2009 to consider adopting Magistrate Judge Gates' 20 April 2009 Memorandum and Recommendation ("M&R") on the parties' Joint Motion for Preliminary Approval of Class Settlement and for Certification of Settlement Classes and Related Matters (DE 373), and to address the three issues identified in the Court's 3 June 2009 Order (DE 391);

Counsel for the Parties were present and arguments and evidence were presented to the Court;

Considering the foregoing, and with consent of the parties, it is hereby ORDERED that:

(1) The language in the M&R at Page 60 is hereby modified by deleting "(ii) the Court and Court personnel and their immediate families" and inserting in lieu thereof "(ii) the presiding United States District Judge and the presiding United States Magistrate Judge";

(2) The Court hereby amends the Proposed Settlement Schedule and deadlines set forth therein, (M&R at 57 n.12, 63) as follows:

| Number of Days after Date of This Order | Event |
| --- | --- |
| 10 business days | Mailing of Notice (PSA § 6.1.1) |
| 15 calendar days | Publication of Notice (PSA § 6.1.1) |
| 45 calendar days | Deadline for Opt Outs and Objections (PSA § 6.2.1) |
| 48 calendar days | Deadline for filing Class Counsel's Motion for Fees and Costs |
| 75 calendar days | Final Fairness Hearing |
| 90 calendar days | Deadline for Submitting Proof of Claim Forms (PSA § 6.1.3) |
| 150 calendar days | Payment of Claims |
| 165 calendar days | Deadline for Settlement Administrator's Final Report to the Court |

(3) All documents referenced in Appendices "A" and "B" to the M&R at 65-66 shall be amended to reflect the changes set forth in Paragraphs 1 and 2 above;

(4) The Court hereby adopts the M & R (DE 385) as its own, subject to the above amendments;

(5) The Final Fairness Hearing is hereby SET for 9:00 a.m., 6 October 2009.

This 22 July 2009.

W. Earl Britt
Senior U.S. District Judge