IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:06-CV-400-BR
ALL CASES

| | | |
|---|---|---|
| SUELLEN A. BEAULIEU, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EQ INDUSTRIAL SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Considering the 12 July 2010 joint motion to authorize escrow agent to release funds held in escrow, good cause having been shown,

IT IS ORDERED THAT Wells Fargo Bank, N.A. is hereby authorized to release from the Common Settlement Fund the total amount of $203,944.05 to the Settlement Administrator to pay the following amounts: (1) $9,536.98 to pay Approved Claims of the 17 class members listed on Exhibit A to the Joint Motion, (2) $194,250.00 to pay Approved Claims of 259 class members listed on Exhibits B, C and D to the Joint Motion, and (3) $157.07 to reimburse class member Harold Jackson Williams for an improper deduction from his settlement, all in accordance with the terms of Court-approved Class action Settlement.

This 13 July 2010.

_____
W. Earl Britt
Senior U.S. District Judge